BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GALLEGOS-HERNANDEZ

FILED
JUN 4 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUGO ERNESTO BARRIGA-PACHECO,<br>et al.,<br><br>Defendant. | No. CR-08-0350 CW<br><br>[PROPOSED] ORDER PERMITTING DEFENDENT ISRAEL GALLEGOS-HERNANDEZ TO LISTEN TO CDs RELATING TO THE CASE AGAINST HIM WHILE IN CUSTODY |

   Israel Gallegos-Hernandez is a defendant in the above-captioned case and is being detained at North County Jail (also known as the Glen E. Dyer Detention Facility). The Federal Public Defender's Office represents Mr. Gallegos-Hernandez. On Mr. Gallegos-Hernandez's behalf, the Federal Public Defender's Office has received a number of audio recordings from the government. Mr. Gallegos-Hernandez is entitled to listen to those recordings.

   IT IS HEREBY ORDERED that North County Jail shall accept audio CDs and a CD player from Rebecca Silbert or another Assistant Federal Public Defender representing Mr. Gallegos-Hernandez. IT IS FURTHER ORDERED that North County Jail shall make the CDs and the CD player available to Mr. Gallegos-Hernandez at a reasonable time and in a reasonable

cc: WDB's stats, Copy for parties of record,
2 certified copies for Marshal, Sheilah

1  manner, so that Mr. Gallegos-Hernandez may listen to the CDs.

2

3

4  Date: 6-4-08

                                           Honorable Wayne D. Brazil
                                           United States Magistrate Judge
                                           Northern District of California